UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re                                                                Chapter 11

    BXP 1 LLC,                                          Case No. 10-15608

            Debtor
---------------------------------------------------------x

## NOTICE OF HEARING

      PLEASE TAKE NOTICE, a hearing will be held on August 10, 2011 at 10:00 a.m. (the "Hearing") before the Honorable Sean H. Lane, United States Bankruptcy Judge, at the United States Bankruptcy Court, One Bowling Green, New York, New York 10004 to consider the application ("Application") of BXP 1 LLC (the "Debtor") for approval of its disclosure statement and confirmation of its plan of reorganization pursuant to sections 1125 and 1129 of the Bankruptcy Code.

      PLEASE TAKE FURTHER NOTICE, that objections, if any, must be in writing, served upon the undersigned proposed Debtor's counsel, and filed with the Clerk of the Bankruptcy Court, with a courtesy copy to Judge Lane's chambers, so as to be received at least seven (7) days prior to the Hearing date.

Dated: New York, New York
       July 5, 2011

                                            BACKENROTH FRANKEL & KRINSKY, LLP

                              By:   s/ Mark Frankel
                                      489 Fifth Avenue
                                      New York, New York 10017
                                      (212) 593-1100