UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____x
                                        :
In re:                                  :          Case No. 10-15608
                                        :
        BXP 1 LLC,               :          Chapter 11
                                        :
_____x

**ORDER GRANTING APPLICATION FOR ALLOWANCE OF FINAL
COMPENSATION AND REIMBURSEMENT OF EXPENSES**

        Upon consideration of Application for Allowance of Interim/Final Compensation and
Reimbursement of Expenses (the "Application") for professional services rendered and expenses incurred
during the period commencing October 27, 2011 through August 18, 2011; and a hearing having been
held before this Court to consider the Application(s) on October 3, 2011; and notice have been given
pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(7) and (c)(2); and due consideration having
been given to any responses thereto; and sufficient cause having been shown therefor; it is hereby

        ORDERED, that the Application is granted to the extent set forth in Schedules A and B.

Dated: New York, New York
        **October 19, 2011**

                                                    _/s/ **Sean H. Lane**_
                                                    United States Bankruptcy Judge

## CURRENT INTERIM FEE PERIOD
### October 22, 2010 - August 18, 2011

Schedule A

| (1) Applicant | (2) Date/Document Number of Application | (3) Interim Fees Requested on Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period | (6) Fees to be Paid for Prior Fee Period(s) (if any) (i.e., Holdback Release) | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses to be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| Backenroth Frankel & Krinsky | 8/15/11 #48 | n/a | $39,416.50 | $36,416.50 | n/a | $36,416.50 | n/a | $1,366.00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

10/19/2011

DATE ON WHICH ORDER WAS SIGNED: _____

INITIALS: _SHL___ USBJ

**FINAL FEE APPLICATION TOTALS**

**October 27, 2010 through August 18, 2011**

Schedule B

| (1)<br>Applicant | (2)<br>Total Fees Requested | (3)<br>Total Fees Paid | (4)<br>Total Expenses Requested | (5)<br>Total Expenses Paid |
|---|---|---|---|---|
| Backenroth Frankel & Krinsky | $39,416.50 | $39,416.50 | $1,366.54 | $1,366.54 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DATE ON WHICH ORDER WAS SIGNED: __10/19/2011__

INITIALS: _SHL_ USBJ